1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | CASE NO. CR08-0193 RSM |
| JOHN DOE,<br>aka Joshua Anderson,<br>aka Casey Callahan,<br>true name Scott Campbell, | DETENTION ORDER |
| Defendant. | |

Offense charged:

    Access Device Fraud

Date of Detention Hearing: May 30, 2008

    The court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of any other person and the community.

DETENTION ORDER - 1
18 U.S.C. § 3142(i)

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) A search of defendant's residence produced a large quantity of materials and equipment for use in identify theft and fraudulent use of access devices. Officers also located multiple firearms, and observed significant damage from the firing of weapons.

(2) Defendant has a lengthy criminal record, dating back to 1986. It includes convictions for forgery, possession of burglary tools, vehicle theft, manufacture of controlled substance, and receiving stolen property.

(3) There is a nationwide warrant pending from Sacramento California for False Impersonation, and a detainer has been lodged.

(4) Defendant has been associated with six alias names, two Social Security numbers, and three dates of birth.

(5) The government alleges defendant is addicted to heroin. At the detention hearing, defense counsel indicated defendant was not well, and acknowledged it appeared he was suffering from drug withdrawal symptoms.

(6) Defendant and his counsel offered nothing in opposition to the entry of an order of detention.

(7) Upon advice of counsel, defendant declined to be interviewed by this court's pretrial services officer.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 2
18 U.S.C. § 3142(i)

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of May, 2008.

                                                */s/ John L. Weinberg*

JOHN L. WEINBERG
United States Magistrate Judge

DETENTION ORDER - 3
18 U.S.C. § 3142(i)